IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BERUJ HUSEYIN, Individually and as Personal Representative of the Estate of Fatma Abdullah Ahmed, et al.,**<br>　　　　　　　　**Plaintiffs,**<br><br>　　　　　　v.<br><br>**TRADITION TRANSPORTATION COMPANY, LLC and BRYANT EGENLAUF,**<br>　　　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25-5014** |

## O R D E R

**AND NOW**, this 9th day of December, 2025, upon consideration of Plaintiffs' Motion to Remand (ECF No. 8), Defendants' Opposition to the Motion to Remand (ECF No. 12), Plaintiffs' Reply to Defendants' Opposition to the Motion to Remand (ECF No. 14), Defendants' Surreply in Opposition to Plaintiffs' Motion to Remand (ECF No. 15), and Defendants' Motion to Dismiss or Transfer (ECF No. 7), **IT IS ORDERED** as follows:

1. Plaintiffs' Motion to Remand (ECF No. 8) is **GRANTED.**

2. Plaintiffs' request for attorneys' fees pursuant to 28 U.S.C. § 1447(c) (ECF No. 8) is **DENIED.**

3. Defendants' Motion to Dismiss or Transfer (ECF No. 7) is **DENIED AS MOOT.**

4. The case is **REMANDED** to the Court of Common Pleas of Philadelphia County for further proceedings.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Hon. Kelley B. Hodge
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HODGE, KELLEY B., J.